IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JANELL BRACEY                                                                                    PLAINTIFF

VS.                                                           CIVIL ACTION NO. 3:19-cv-25-HTW-LRA

HUMANA INSURANCE COMPANY
AND JOHN DOES 1-10                                                                     DEFENDANT

## MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)

For the reasons set forth in the accompanying memorandum, and pursuant to Rule 12(b)(6), Defendant, Humana Insurance Company, moves for dismissal of all claims, specifically bad faith / implied covenant of good faith and fair dealing, and gross negligence amounting to punitive damages, asserted by Plaintiff Janell Bracey in her Complaint.

This the 28th day of January, 2019.

                                                                           Respectfully submitted,
                                                                           HUMANA INSURANCE COMPANY

                                                                           By Its Attorneys,

                                                                           BAKER DONELSON BEARMAN
                                                                           CALDWELL & BERKOWITZ, PC

                                                                           By:  */s/ Jean C. Bertas*
                                                                                  JEAN C. BERTAS

Jean C. Bertas (MSB 103837) jbertas@bakerdonelson.com
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
MAILING:  Post Office Box 14167
Jackson, Mississippi  39236-4167
PHYSICAL:  One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi  39211-6391
*Telephone*:  (601) 351-2400
*Facsimile*:  (601) 351-2424

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this day the foregoing document was filed electronically with the Clerk of the Court using the Court's ECF system, which served a true and correct copy of such paper electronically on the following counsel of record:

Omar L. Nelson
Gibbs Travis PLLC
210 E. Capitol Street, Ste. 1801
Jackson, Mississippi  39201
onelson@gibbstravis.com

This the 28th day of January, 2019.

                                              */s/ Jean C. Bertas*
                                              JEAN C. BERTAS