IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JANELL BRACEY                                                                    PLAINTIFF

VS.                                                CIVIL ACTION NO. 3:19-cv-25-HTW-LRA

HUMANA INSURANCE COMPANY
AND JOHN DOES 1-10                                                               DEFENDANT

---

### AGREED ORDER OF DISMISSAL

---

THIS CAUSE is before the Court on the joint *ore tenus* motion of the Plaintiff, Janell Bracey, and the Defendant, Humana Insurance Company ("Humana"), to dismiss all of the Plaintiff's claims in this litigation with prejudice.  The Court, having considered the motion and being advised that the parties have fully and finally settled this matter, finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all claims and causes of action set forth in this civil action by the Plaintiff against Humana are hereby dismissed with prejudice, with each party to bear their own costs.

This 8th day of April, 2019.


/s/HENRY T. WINGATE
U.S. DISTRICT COURT JUDGE

SUBMITTED BY:


_Omar L. Nelson (w/permission JCB)_

Omar L. Nelson (MSB No.  100105)
Gibbs Travis PLLC
210 E. Capitol Street, Ste. 1801
Jackson, Mississippi  39201
*Attorney for Plaintiff Janell Bracey*


_Jean C. Bertas_

Jean C. Bertas (MSB No. 103837)
Baker Donelson Bearman Caldwell & Berkowitz, PC
One Eastover Center
100  Vision Drive
Suite 400
Jackson, MS   39211
*Attorney for Humana Insurance Company*